

Jeremy V. Richards (CA SBN 102300)
Gail S. Greenwood (CA SBN 169939)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jrichards@pszjlaw.com
          ggreenwood@pszjlaw.com

Signed and Filed: January 7, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TSAI LUAN HO,<br><br>Debtor. | Case No.: 3:18-bk-30581-DM<br><br>Chapter 7 |
| BRADLEY D. SHARP, PLAN ADMINISTRATOR UNDER THE CONFIRMED FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018 FOR LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TSAI LUAN HO, an individual,<br><br>Defendant. | Case No.: 3:18-ap-03041-DM<br><br>**ORDER APPROVING STIPULATION REGARDING TEMPORARY STAY OF LITIGATION** |

The Court, having read and considered the *Stipulation Regarding Temporary Stay of Litigation* (the "Stipulation") [Docket No. 20], and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Court shall retain jurisdiction with respect to any disputes specifically arising from or relating to this Stipulation.

* * * END OF ORDER * * *

COURT SERVICE LIST

DOCS_SF:98712.1 52593/003

ORDER APPROVING STIPULATION